| | |
|---|---|
| DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com<br>RYAN M. KENT (SBN 220441)<br>rkent@durietangri.com<br>JESSE GERACI (SBN 259755)<br>jgeraci@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: 415-362-6666<br>Facsimile: 415-236-6300<br><br>*Attorneys for Defendants*<br>YELP! INC., TICKETMASTER L.L.C.,<br>NETFLIX, INC., LINKEDIN CORP.,<br>eHARMONY.COM, INC. | TERRA LAW LLP<br>MARK W. GOOD (SBN 218809)<br>mgood@terra-law.com<br>177 Park Avenue, 3rd Floor<br>San Jose, CA 95113<br>Telephone: 408-299-1200<br>Facsimile: 408-998-4895<br><br>GOLDSTEIN & VOWELL, LLP<br>EDWARD W. GOLDSTEIN (*pro hac vice*)<br>EGoldstein@gviplaw.com<br>CORBY R. VOWELL (*pro hac vice*)<br>CVowell@gviplaw.com<br>JODY M. GOLDSTEIN (*pro hac vice*)<br>JGoldstein@gviplaw.com<br>ALISA ANNE LIPSKI (*pro hac vice*)<br>ALipski@gviplaw.com<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>Telephone: 713-877-1515<br>Facsimile: 713-877-1145<br><br>*Attorneys for Plaintiff*<br>EIT HOLDINGS, LLC |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EIT HOLDINGS, LLC, a Delaware company,<br><br>Plaintiff,<br><br>v.<br><br>YELP!, INC., a Delaware corporation;<br>TICKETMASTER L.L.C., a Virginia corporation;<br>NETFLIX, INC., a Delaware corporation;<br>LINKEDIN CORPORATION, a Delaware corporation;<br>eHARMONY.COM, INC., a Delaware corporation; and<br>MONSTER WORLDWIDE, INC., a Delaware Corporation;<br><br>Defendants. | Case No. 3:10-cv-05623-JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR DEFENDANTS YELP! INC., TICKETMASTER L.L.C., NETFLIX, INC., LINKEDIN CORP., AND eHARMONY.COM, INC.** |

1  Pursuant to Civil Local Rule 6-1, Plaintiff EIT Holdings, LLC and Defendants YELP! Inc.,
2 Ticketmaster L.L.C., Netflix, Inc., LinkedIn Corp., and eHarmony.com, Inc. ("Defendants") hereby
3 stipulate to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint from
4 February 9, 2011, to March 11, 2011. This change will not alter the date of any event or any deadline
5 already fixed by Court order.

6  Dated: February 8, 2011                                    DURIE TANGRI LLP

7                                                             By:    */s/ Ryan M. Kent*
8                                                                    DARALYN J. DURIE
                                                                     RYAN M. KENT
9                                                                    JESSE GERACI

10                                                            *Attorneys for Defendants*
                                                              YELP! INC., TICKETMASTER L.L.C.,
11                                                            NETFLIX, INC., LINKEDIN CORP.,
                                                              eHARMONY.COM, INC.
12

13  Dated: February 8, 2011                                   GOLDSTEIN & VOWELL LLP

14                                                            By:    */s/ Corby Vowell*
15                                                                   EDWARD W. GOLDSTEIN
                                                                     CORBY VOWELL
16  Dated: February 9, 2011                                          JODY M. GOLDSTEIN
                                                                     ALISA LIPSKI
17
                                                              *Attorneys for Plaintiff*
18                                                            EIT HOLDINGS, LLC

19

20                                          **FILER'S ATTESTATION**

21  Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Ryan M. Kent, attest
22 that concurrence in the filing of this document has been obtained.

23

24  Dated: February 8, 2011                                   By:    */s/ Ryan M. Kent*
                                                                     RYAN M. KENT
25

26

27

28

[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed by Judge Joseph C. Spero]

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on February 8, 2011 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Edward W. Goldstein<br>Goldstein & Vowell, LLP<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>EGoldstein@gviplaw.com | Jody M. Goldstein<br>Goldstein & Vowell, LLP<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>JGoldstein@gviplaw.com |
| Mark W. Good<br>Terra Law LLP<br>177 Park Avenue, 3rd Floor<br>San Jose, CA 95113<br>mgood@terra-law.com | Alisa A. Lipski<br>Goldstein & Vowell, LLP<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>ALipski@gviplaw.com |
| Corby R. Vowell<br>Goldstein & Vowell, LLP<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>CVowell@gviplaw.com | |

Dated: February 8, 2011         By:    */s/ Ryan M. Kent*
                                           RYAN M. KENT