| | |
|---|---|
| DURIE TANGRI LLP<br>DARALYN J DURIE (SBN 169825)<br>ddurie@durietangri.com<br>RYAN M. KENT (SBN 220441)<br>rkent@durietangri.com<br>JESSE GERACI (SBN 259755)<br>jgeraci@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone:    415-362-6666<br>Facsimile:    415-236-6300<br><br>Attorneys for Defendants<br>YELP! INC., TICKETMASTER L.L.C.,<br>NETFLIX, INC., LINKEDIN CORP.,<br>eHARMONY.COM, INC., and<br>THESTREET.COM, INC. | TERRA LAW LLP<br>MARK W. GOOD (SBN 218809)<br>mgood@terra-law.com<br>177 Park Avenue, 3rd Floor<br>San Jose, CA 95113<br>Telephone: 408-299-1200<br>Facsimile: 408-998-4895<br><br>GOLDSTEIN & VOWELL, LLP<br>EDWARD W. GOLDSTEIN (*pro hac vice*)<br>EGoldstein@gviplaw.com<br>CORBY R. VOWELL (*pro hac vice*)<br>CVowell@gviplaw.com<br>JODY M. GOLDSTEIN (*pro hac vice*)<br>JGoldstein@gviplaw.com<br>ALISA ANNE LIPSKI (*pro hac vice*)<br>ALipski@gviplaw.com<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>Telephone: 713-877-1515<br>Facsimile: 713-877-1145<br><br>Attorneys for Plaintiff<br>EIT HOLDINGS, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EIT HOLDINGS, LLC, a Delaware company<br><br>              Plaintiff,<br><br>     v.<br><br>YELP!, INC., a Delaware corporation;<br>TICKETMASTER L.L.C., a Virginia corporation;<br>NETFLIX, INC., a Delaware corporation;<br>LINKEDIN CORPORATION, a Delaware corporation;<br>CLASSMATES ONLINE, INC., a Washington Corporation;<br>eHARMONY.COM, INC., a Delaware Corporation;<br>MONSTER WORLDWIDE, INC., a Delaware Corporation; and<br>THE STREET.COM, Inc., a Delaware Corporation;<br><br>              Defendants. | Case No. 3:10-cv-05623-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE DATE** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff EIT Holdings, LLC ("Plaintiff") and Defendants Yelp! Inc., Ticketmaster L.L.C., Netflix, Inc., LinkedIn Corp., eHarmony.com, Inc., and TheStreet.com, Inc. hereby stipulate to continuing the Initial Case Management Conference currently scheduled for March 18, 2011 at 1:30 p.m.  The parties request this modification because Plaintiff has not yet served the two other defendants in this case—Classmates Online, Inc. and Monster Worldwide, Inc.—and because Plaintiff intends to file a second amended complaint that would add another party to the litigation.  If any one of these other defendants declines to proceed before this Court, this case would be reassigned and the results of any case management conference would be vacated.  Accordingly, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel undersigned, that:

The date of the initial Case Management Conference currently set for March 18, 2011, at 1:30 p.m. will be moved to April 29, 2011 at 1:30 p.m.

Dated:  February 23, 2011                                              DURIE TANGRI LLP

                                                                By:        */s/ Ryan M. Kent*
                                                                       DARALYN J. DURIE
                                                                       RYAN M. KENT
                                                                       JESSE GERACI

                                                                *Attorneys for Defendants*
                                                                YELP!, INC., TICKETMASTER L.L.C.,
                                                                LINKEDIN CORP., NETFLIX, INC.,
                                                                eHARMONY.COM, INC.,
                                                                THESTREET.COM, INC.

Dated:  February 23, 2011                                              GOLDSTEIN & VOWELL LLP

                                                                By:        */s/ Jody M. Goldstein*
                                                                       EDWARD W. GOLDSTEIN
                                                                       CORBY VOWELL
                                                                       JODY M. GOLDSTEIN
                                                                       ALISA LIPSKI

                                                                *Attorneys for Plaintiff*
                                                                EIT HOLDINGS, LLC

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Ryan M. Kent, attest that concurrence in the filing of this document has been obtained.

Dated: February 23, 2011

                                                                               */s/ Ryan M. Kent*
                                                                                RYAN M. KENT

IT IS HEREBY ORDERED:

Dated: February 28, 2011



                                                                                JUDGE JOSEPH C. SPERO

## CERFITICATE OF SERVICE

I certify that all counsel of record is being served on February 23, 2011 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Edward W. Goldstein<br>Goldstein & Vowell, LLP<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>EGoldstein@gviplaw.com | Jody M. Goldstein<br>Goldstein & Vowell, LLP<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>JGoldstein@gviplaw.com |
| Mark W. Good<br>Terra Law LLP<br>177 Park Avenue, 3rd Floor<br>San Jose, CA 95113<br>mgood@terra-law.com | Alisa A. Lipski<br>Goldstein & Vowell, LLP<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>ALipski@gviplaw.com |
| Corby R. Vowell<br>Goldstein & Vowell, LLP<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>CVowell@gviplaw.com | |

Dated: February 23, 2011        By: _____ */s/ Ryan M. Kent* _____
                                                RYAN M. KENT

4

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT
CONFERENCE DATE / CASE NO. 3:10-CV-05623-JCS