UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EIT HOLDINGS NV,

            Plaintiff(s),

    v.

YELP, INC.

            Defendant(s).

Case No. 10-CV-05623 JCS

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 03/1/2011

                                                   A. NAMIAS DE CRASTO
                                                   [Party]

Dated: 03/01/2011

                                                   [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05