**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EIT HOLDINGS LLC, a Delaware company,

      Plaintiff,

  v.

YELP!, INC., a Delaware corporation, *et al*.,

      Defendants.

                                /

No. C 10-05623 WHA

**ORDER REGARDING
CONSENT/DECLINATION
TO MAGISTRATE JUDGE**

      Before dismissing all but the first-named defendant for misjoinder, *see WiAV Networks, LLC v. 3Com Corp.*, No. C 10-03448 WHA, 2010 WL 3895047 (N.D. Cal. Oct. 1, 2010), if *all* parties will stipulate to proceeding before Magistrate Judge Spero for all purposes (other than settlement/mediation), then the Court will instead have the entire case re-assigned to him. This would require unanimous consent of all named parties in writing, to be submitted by **NOON ON FRIDAY MAY 13, 2011**. If some party will decline, please let the Court know sooner.

      **IT IS SO ORDERED.**

Dated: May 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE