IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EIT HOLDINGS LLC, a Delaware company, | No. C 10-05623 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING MISJOINDER ISSUE** |
| YELP!, INC., a Delaware corporation, *et al.*, | |
| Defendants. | |

As stated at the May 5 case management conference, the Court is inclined to dismiss all but the first-named defendant for misjoinder under FRCP 21 for the reasons stated in *WiAV Networks, LLC v. 3Com Corp.*, No. C 10-03448 WHA, 2010 WL 3895047 (N.D. Cal. Oct. 1, 2010). The final ruling will be postponed, however, so that counsel may first submit points and authorities on this issue. Any such submissions must be filed by **NOON ON WEDNESDAY MAY 11, 2011**. In this connection, it is noted that defendant Memory Lane, Inc. has once again declined to proceed before Magistrate Judge Spero, so the alternative solution proposed in the earlier May 6 order is no longer viable (Dkt Nos. 78, 79).

**IT IS SO ORDERED.**

Dated: May 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE