UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| EIT HOLDINGS,<br><br>               Plaintiff,<br>   v.<br>YELP INC,<br><br>               Defendant. | No. C 10-05623 WHA (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: May 20, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-05623 WHA (LB)
NOTICE OF REFERRAL AND ORDER