1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9

10   EIT HOLDINGS LLC, a Delaware company,        No. C 10-05623 WHA

11              Plaintiff,                         No. C 11-02463 JCS
                                                   No. C 11-02465 PSG
12                                                 No. C 11-02466 HRL
       v.                                          No. C 11-02468 MEJ
13                                                 No. C 11-02469 JCS
                                                   No. C 11-02471 EDL
14   YELP! INC., a Delaware corporation,           No. C 11-02472 HRL

15              Defendant.                         **ORDER FINDING CASES**
16   _____/            **TO BE UNRELATED**

17          Plaintiff accuses multiple companies of infringing two of its patents.  Plaintiff named nine

18   defendants in one patent-infringement action in this district (No. C 10-05623 WHA).  After the

19   parties were invited to brief the issue of possible misjoinder, one defendant was voluntarily

20   dismissed and seven defendants were dismissed for misjoinder (Dkt. Nos. 80, 83, 86).  The order

21   dismissing all but the first-named defendant stated:  "Given the disparity in defendants, websites,

22   and other disparate issues discussed herein like damages, willfulness, and discovery supervision,

23   it is worth adding that the allegations against each defendant would *not* be related under our civil

24   local rules even if brought here as separate actions." (Dkt. No. 86 at 4).

25          Plaintiff subsequently filed separate actions against each of the seven defendants that were

26   dismissed for misjoinder.  Plaintiff now moves for consideration whether each of those seven

27   actions should be related to the original action pursuant to Civil Local Rule 3-12.  In light of the

28   above statement in the order of dismissal, plaintiff seeks a formalized holding that the cases are

**United States District Court**
For the Northern District of California

1   unrelated (Dkt. Nos. 90–96 at 5).  Plaintiff notes that the allegations and claimed relief in the new

2   actions are identical to those originally brought in the first-filed action (*id.* at 2).  No oppositions

3   were filed.  For the same reasons stated in the dismissal order, this order finds that none of the

4   seven new actions is related to the first-filed action.

6        **IT IS SO ORDERED.**

8   Dated:  June 1, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2