IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EIT HOLDINGS LLC, a Delaware company,

    Plaintiff,

  v.

YELP! INC., a Delaware corporation,

    Defendant.
                                                    /

No. C 10-05623 WHA

**ORDER REGARDING PROPOSED SCHEDULE FOR CLAIM CONSTRUCTION**

      The case management scheduling order set a technology tutorial for September 21, 2011, and a claim construction hearing for October 5, 2011 (Dkt. No. 88). As instructed, the parties submitted a proposed briefing schedule leading up to the claim construction hearing. The proposed schedule sets briefing to conclude on September 21 — the day appointed for the tutorial. The proposed schedule, however, does not include a tutorial (Dkt. No. 98).

      If the parties wish to forego having a tutorial, then the proposed briefing schedule would be acceptable. If the omission of the tutorial from the proposed schedule was an oversight, then the briefing schedule must be adjusted. Claim construction briefing must be completed two weeks before the tutorial in order to allow for adequate preparation by the Court.

      The parties are requested to clarify or revise their proposed schedule in light of this guidance. An amended proposed schedule should be filed by **NOON ON JUNE 3, 2011**.

**IT IS SO ORDERED.**

Dated: June 1, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE