IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EIT HOLDINGS, a Delaware company,<br><br>    Plaintiff,<br><br>  v.<br><br>YELP! INC., a Delaware corporation,<br><br>    Defendant.<br>_____ / | No. C 10-05623 WHA<br><br>**ORDER ADOPTING PROPOSED SCHEDULE FOR CLAIM CONSTRUCTION AND VACATING TUTORIAL** |

The parties' joint proposed schedule leading up to the claim construction hearing, as set forth in Dkt. No. 101, is **APPROVED** and **ADOPTED**. Pursuant to the parties' agreement, there will be no technology tutorial. The technology tutorial previously scheduled for September 21, 2011, is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE