1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   EIT HOLDINGS, a Delaware company,              No. C 10-05623 WHA

11              Plaintiff,

12     v.                                           **ORDER CONTINUING CLAIM
                                                    CONSTRUCTION HEARING**
13   YELP! INC., a Delaware corporation,

14              Defendant.

15   _____/

16        The claim construction hearing set for Wednesday, October 5, 2011, is **CONTINUED**

17   to **1:30 P.M. ON WEDNESDAY, OCTOBER 12, 2011**.  This adjustment is necessary to accommodate

18   the Court's trial schedule.  The claim construction briefing schedule remains unchanged.

19

20        **IT IS SO ORDERED.**

21

22   Dated:  September 8, 2011.

23                                          _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
24

25

26

27

28

**United States District Court**
For the Northern District of California