IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EIT HOLDINGS, a Delaware company,

Plaintiff,

v.

YELP! INC., a Delaware corporation,

Defendant.

No. C 10-05623 WHA

**ORDER REGARDING ADMINISTRATIVE MOTION FOR SEALING ORDER**

On September 14, 2011, Yelp! Inc. filed an administrative motion for leave to file under seal materials that EIT Holdings had designated as highly confidential. Pursuant to Civil Local Rule 79-5(d), EIT Holdings then had seven days within which to submit a declaration establishing that the designated information should, in fact, be sealed. No such declaration was filed. Accordingly, the motion cannot be granted at this time. EIT Holdings may file a supporting declaration by **NOON ON SEPTEMBER 28, 2011**. If no declaration is filed by that deadline, the administrative motion will be denied and all materials will be filed in the public record. This order does not grant EIT Holdings license to miss future filing deadlines.

**IT IS SO ORDERED.**

Dated: September 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE