IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EIT HOLDINGS, a Delaware company,

    Plaintiff,

  v.

YELP! INC., a Delaware corporation,

    Defendant.
_____/

No. C 10-05623 WHA

**ORDER REQUESTING PATENT FILE HISTORY**

    In this patent-infringement action, only one patent is at issue. The parties have completed their briefing for the upcoming claim construction hearing, but only small excerpts of the patent prosecution file have been provided. By **SEPTEMBER 30, 2011**, plaintiff shall please file the complete file history for the asserted patent in order to help the Court construe the disputed claim terms.

    **IT IS SO ORDERED.**

Dated: September 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE