IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EIT HOLDINGS,

    Plaintiff,

  v.

YELP INC,

    Defendant.

No. C 10-05623 WHA

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

    Plaintiff EIT Holdings, LLC files a stipulation to extend time to oppose defendant Yelp! Inc.'s motion for summary judgment, which was filed on November 18, 2011. EIT's response deadline was December 2, 2011. Oral argument is set for January 19, 2012. EIT wishes to extend the time for it to oppose Yelp's motion to December 16, 2011, and for Yelp's response date to be extended to January 9, 2012. The hearing date would not change.

    Yelp has agreed to EIT's request for additional time with one condition. Because the parties have a settlement conference set for December 6, 2011 with Judge Spero, Yelp has requested, and EIT has agreed to provide, a summary of its opposition arguments no later than December 2, 2011.

    The stipulated extension is **GRANTED**.

    **IT IS SO ORDERED.**

Dated: November 29, 2011.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE