**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EIT HOLDINGS,

    Plaintiff,

  v.

YELP! INC.,

    Defendant.

                                             /

No. C 10-05623 WHA

**ORDER RE COUNTERCLAIMS**

    For the reasons stated in the order granting summary judgment of invalidity (Dkt. No. 151), defendant Yelp! Inc.'s counterclaim for declaratory judgment of invalidity is **GRANTED** and counterclaim for declaratory judgment of non-infringement is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

Dated: January 23, 2012.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE